UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY EDWARD KING, | No. 2:16-cv-1283-EFB P |
| Petitioner, | |
| v. | ORDER |
| R. RACKLEY, Warden, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter. (No. 2:15-cv-1331-TLN-KJN.) Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is reassigned to Judge Nunley and Magistrate Judge Newman for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. 2:16-cv-1283-TLN-KJN; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: June 23, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE